IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIMED PHARMACEUTICALS, LLC, BESINS HEALTHCARE INC., and BESINS HEALTHCARE LUXEMBOURG SARL, <br><br>                  Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br>                  Defendants. | C.A. No. 15-1142 (RGA) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Unimed Pharmaceuticals, LLC, Besins Healthcare Inc., and Besins Healthcare Luxembourg SARL (collectively, "Plaintiffs") and Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Defendants") hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted in the above-captioned action are hereby dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Gregory E. Stuhlman* |
| Mary B. Graham (#2256) <br> Stephen J. Kraftschik (#5623) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> mgraham@mnat.com <br> *Attorneys for Unimed Pharmaceuticals, LLC, Besins Healthcare Inc., and Besins Healthcare Luxembourg SARL* | Gregory E. Stuhlman (#4765) <br> Brittany M. Giusini (#6034) <br> The Nemours Building <br> 1007 N. Orange Street, Suite 1200 <br> Wilmington, DE 19801 <br> (302) 661-7000 <br> stuhlmang@gtlaw.com <br> giusinib@gtlaw.com <br> *Attorneys for Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.* |

February 10, 2016
9837419

        SO ORDERED this \_\_11\_\_ day of \_\_\_February\_\_\_, 2016.

                                            */s/ Richard G. Andrews*
                                      UNITED STATES DISTRICT JUDGE